Case 2:19-cv-00302 Document 45 Filed on 09/07/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JARVIS DUGAS,<br><br>Plaintiff,<br>VS.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§ CIVIL ACTION NO. 2:19-CV-302<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and Recommendation ("M&R"), entered on June 28, 2021. (D.E. 38). The M&R recommends that the Court deny Plaintiff's construed motion for relief from judgment (D.E. 36) under Rule 60(b) for failure to present extraordinary circumstances warranting relief.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); FED R. CIV. P. 72(b); General Order No. 2002-13. Plaintiff timely filed objections to the M&R. (D.E. 44). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the court **OVERRULES** Plaintiff's objections. (D.E. 44). Therefore, the Court **ADOPTS** the M&R in its entirety. (D.E. 38). Accordingly, Plaintiff's motion is **DENIED**. (D.E. 36).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
September 7, 2021